# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-4210

_____

| | |
|---|---|
| Ardaith Eitel, | * |
| | * |
| Appellant, | * |
| | *    Appeal from the United States |
| v. | *    District Court for the |
| | *    District of Nebraska. |
| AS Mid-America, Inc., doing business | * |
| as American Signature, | *       [UNPUBLISHED] |
| | * |
| Appellee. | * |

_____

Submitted: June 12, 1998
Filed: June 30, 1998

_____

Before LOKEN, MAGILL, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

AS Mid-America, Inc. (Mid-America) terminated Ardaith Eitel's employment after she was discovered asleep during work hours at Mid-America's printing plant in Lincoln, Nebraska. Eitel subsequently brought this suit against Mid-America, alleging retaliatory discharge and a hostile workplace theory of sexual harassment. The district court[1] granted summary judgment against Eitel on her retaliation claim because Eitel

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

was terminated before she complained about the sexual harassment, and granted summary judgment against Eitel on her sexual harassment claim because Eitel failed to allege facts showing that sexual harassment had created a hostile workplace. Having reviewed this matter de novo, we agree with the district court's appraisal of the record and its statement of law. Because a published opinion would offer little precedential value, we affirm on the basis of the district court's opinion. See 8th Cir. R. 47B.

A true copy.


Attest:


CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.